**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 13-cv-3366-WJM-KMT

PAUL METZGER

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC, a Colorado corporation

    Defendant.

---

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL**

---

This matter comes before the Court on the Parties' Joint Stipulated Motion for Dismissal, filed September 15, 2014 (ECF No. 21). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Joint Stipulated Motion for Dismissal is GRANTED. The above-captioned action is hereby DISMISSED WITH PREJUDICE. Each party shall pay his or its own attorney's fees and costs.

Dated this 16th day of September, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge